Dismissed and Memorandum Opinion filed October 11, 2007









Dismissed
and Memorandum Opinion filed October 11, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00743-CR

____________

 

CLYDE COLE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 





 

On Appeal from the
338th District Court

Harris County, Texas

Trial Court Cause No. 1126835

 





 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to the offense of aggravated assault.  In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant on July 30, 2007, to confinement for eight years in the
Institutional Division of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  We dismiss the appeal.  

 

The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P.
25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex.
R. App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears
v. State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed October
11, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.

Do Not Publish C Tex. R. App. P.
47.2(b)